```
                                                      FILED
                                                   May 4, 2011
                                               CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
                                                   CALIFORNIA
                                               _____
                                                      DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 11-0129-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| NADIA KUZMENKO, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NADIA KUZMENKO, Case No. MAG. 11-0129-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $____

   ___   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-04-11  at  2:35 pm.

By _____
     Edmund F. Brennan
     United States Magistrate Judge