WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Nadia Kuzmenko

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:11-mj-00129-EFB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE DETENTION HEARING** |
| NADIA KUZMENKO, | ) | |
| Defendant. | ) | |

   With the Court's permission, the defendant, Nadia Kuzmenko, requests, and the government agrees to continue the detention hearing in the above-referenced matter to May 17, 2011 at 2:00 p.m.  Time is excluded pursuant to all applicable rules.

DATED: May 11, 2011

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Dustin Cassady

DATED: May 11, 2011

/s/ R. Stephen Lapham
_____
R. STEPHEN LAPHAM
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: May 11, 2011

/s/ Kendall J. Newman
**THE HON. KENDALL J. NEWMAN**
United States District Court